

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

January 26, 2021

<u>**VIA ECF**</u>
The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, NY 10007

Initial conference adjourned from February 8, 2021 to
March 5, 2021 at 10:30 a.m. and will proceed telephonically.
Call-in information is:  Dial-In No.:  1-888-363-4749,
Access Code:  3667981#.
SO ORDERED.

P. Kevin Castel
United States District Judge

2/1/2021

Re:   ***SEC v. Amir Bruno Elmaani, aka "Bruno Block,"***
      <u>***No. 20-cv-10376 (S.D.N.Y.) (PKC)***</u>

Dear Judge Castel:

I represent the Securities and Exchange Commission ("SEC") in the above-referenced
case.  I write to request a 30-day adjournment of the initial pretrial conference (the "Rule 16
Conference"), currently scheduled for February 8, 2021 at 2:30 p.m., and the corresponding
deadline of February 1, 2021 for the parties to submit a joint letter report.  *See* Dkt. 5 ("Initial
Pretrial Conference Order").  The Rule 16 Conference is the next conference scheduled in this
matter.  No prior adjournment or extension of these deadlines has been granted.

The SEC requests adjournment of the Rule 16 Conference in light of the motion, Dkt. 7
(the "Stay Motion"), filed by the United States Attorney's Office for the Southern District of
New York (the "USAO") to intervene in this action and stay the case pending resolution of the
related criminal case, *United States v. Elmaani*, No. 20-cr-661 (S.D.N.Y.) (CM) (the "Criminal
Action"), and because Defendant Amir Bruno Elmaani ("Elmaani") has not yet responded to the
complaint and is currently detained in Chickasha, Oklahoma awaiting transfer to New York.

The SEC filed this action on December 9, 2020, alleging violations of the federal
securities laws relating to Elmaani's unregistered offering of securities in the form of "Pearl"
tokens, and his scheme to exploit the market for Pearl tokens.  *See* Dkt. 1.  That same day,
Elmaani was arrested on charges in the Criminal Action and detained in the Northern District of
West Virginia.  *See* Criminal Action Docket.  On January 4, 2021, while in prison in
Martinsburg, West Virginia, Elmaani was served with process in this action.  *See* Dkt. 6.  On
January 6, 2021, Elmaani was served with the Initial Pretrial Conference Order.  On January 21,
2021, the USAO filed its Stay Motion.  Dkt. 7.  Elmaani consented to the Stay Motion through
his counsel in the Criminal Action.  *See* Dkt. 7-1, at 1 n.1.  The SEC takes no position on the
Stay Motion.

The deadline for Elmaani to respond to the complaint was yesterday, January 25, 2021.
Elmaani has not answered or otherwise responded to the complaint or communicated with the
SEC.  Counsel for the SEC have spoken with John Mitchell, who represents Elmaani in the

Criminal Action, and he has informed the SEC that Elmaani is unrepresented by counsel in this civil case.  The SEC understands that Elmaani has been transferred to the Grady County Law Enforcement Center in Chickasha, Oklahoma and that he is awaiting transfer to New York.

The SEC respectfully submits that a 30-day adjournment of the Rule 16 Conference and the deadline for a joint letter report will afford time for the Court's consideration of the Stay Motion and, if appropriate, provide additional time for the parties to meet and confer regarding all necessary submissions to the Court in this matter.

Respectfully submitted,

s/ Julia C. Green
Julia C. Green

cc:  Defendant Amir Bruno Elmaani (via U.S. Mail)
Drew Skinner (via ECF)
John Mitchell (via email)