UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

- against -

AMIR BRUNO ELMAANI,
  a/k/a "BRUNO BLOCK,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Order**

ECF Case

No. 20 Civ. 10376 (PKC)

      WHEREAS, on January 21, 2021, the Government submitted a motion seeking to intervene in this action and seeking a complete stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM) (the "Criminal Action"), in which an indictment has been returned; and

      WHEREAS, defendant Amir Bruno Elmaani consents to the complete stay sought by the Government;

      WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a complete stay; and

      WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

      **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action.

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

2/11/2021
DATE

2